**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BANCORPSOUTH BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 10-03390-CV-S-DGK** |
| | ) | |
| **ROBERT LYNN HALL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Having considered the Stipulation for Modification of Preliminary Injunction (Doc. 84), it is hereby

ORDERED that the Preliminary Injunction shall be modified to permit the shareholders of M&L to:

i. Approve a resolution authorizing the sale of the capital stock of First Community pursuant to the terms of the Stock Purchase Agreement;

ii. Approve a resolution authorizing M&L to purchase the shares of the capital stock of First Community held by the minority shareholders; and

iii. Approve a resolution to authorize the officers of M&L to execute such documents as shall be reasonably necessary to close the Stock Purchase Agreement and to convey the capital stock of First Community to Alton.

  /s/ Greg Kays                                        
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

DATED:   August 12, 2011   

1